# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL D. MILLER** | ) | **CASE NO. 4:09 CV 193** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **MAGISTRATE JUDGE** |
| | ) | **NANCY A. VECCHIARELLI** |
| - vs - | ) | |
| | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY** | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| **Defendant** | ) | |

Undersigned counsel hereby dismisses the Complaint with prejudice; each party to bear their own costs.

**RESPECTFULLY SUBMITTED,**
**JOHN A. McNALLY, III CO., L.P.A.**

**/s/ John A. McNally, III**
**JOHN A. McNALLY, III (0006028)**
100 Federal Plaze E, Suite 600
Youngstown, Ohio 44503-1893
Phone: 330-744-5211 / Fax: 330-744-3184
E-Mail: jam@mm-lawyers.com
**ATTORNEY FOR PLAINTIFF**

IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

MAY 22, 2009

**WILLIAM J. EDWARDS**
**UNITED STATES ATTORNEY**

**By:** **/s/ per telephone consent 05/20/09**
**Lynne H. Buck (0014166)**
Assistant United States Attorney
United States Courthouse
801 West Superior Avenue, #400
Cleveland, OH 44113-3712
Voice: 216-622-3712 / Fax: 216-522-4982
Lynne.Buck@usdoj.gov

Case: 4:09-cv-00193-CAB Doc #: 13 Filed: 05/22/09 1 of 1. PageID #: 45